IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV530-1-MU

| | | |
|---|---|---|
| JOSE RAMON ALMONTE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

**THIS MATTER** comes before the Court on Jeffery M. Brandt's Motion to Appear Through Special Admission Under Local Rule 83.1(D)(2), filed February 19, 2008.

The Court has reviewed counsel's Motion and determined, for the reasons stated therein, that such motion should be granted. Therefore the Court will grant Mr. Brandt's request to represent Petitioner in this matter without requiring him to obtain local counsel. Counsel is cautioned, however, that he should review and apply all relevant local Rules and provisions which might apply to his case.

The docket reveals that a Motion for Summary Judgment was filed by Respondent on March 10, 2008. Petitioner has thirty days from the filing of this Order to respond to Respondent's Motion for Summary Judgment.

**THEREFORE, IT IS HEREBY ORDERED that:**

1. the Motion to Appear Through Special Admission Under Local Rule 83.1(D)(2) is **GRANTED**; and

2.  Petitioner has thirty days from the filing of this Order to respond to Respondent's Motion for Summary Judgment.

Signed: May 7, 2008

Graham C. Mullen
United States District Judge